## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee for the Registered Holders of LSTAR Commercial Mortgage Trust 2014-2, Commercial Mortgage Pass-Through Certificates, Series 2014-2,<br><br>Plaintiff,<br><br>vs.<br><br>JANA RIGSBY, an individual; JOHN DOE, in his capacity as personal representative of the Estate of George E. Hiner, deceased; CLIFFORD HINER, an individual; MELANIE NELSON, SUSAN NAGEL, and MISTY HINER, individually and as Trustees of the George E. Hiner Living Irrevocable Trust, a New Mexico Trust; the UNKNOWN HEIRS AND ASSIGNS of GEORGE E. HINER, deceased; TEEL ROOFING, INC., a New Mexico corporation; PAUL TEEL, an individual d/b/a Teel Roofing; and PASEO VENTURA, LLC, a New Mexico limited liability company,<br><br>Defendants. | Case No. 2:18-cv-00027-WJ-CG |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., Plaintiff, Wells Fargo Bank, National Association, through its undersigned counsel, hereby dismisses, without prejudice, all claims asserted in its Complaint filed in this matter on January 9, 2018.

DATED this 16th day of January, 2018.

                                QUARLES & BRADY LLP
                                One Renaissance Square
                                Two North Central Avenue
                                Phoenix, Arizona 85004-2391
                                *Attorneys for Plaintiff*


                                By    */s/ Eric B. Johnson*
                                        Eric B. Johnson (#23170)

QB\153761.00075\50275295.1